**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00772-CV

## IN RE ANGELA MILITELLO, F/K/A ANGELA LEIGH SIMPSON STARRETT, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06211**

## ORDER

Before the Court is the relator's petition for writ of mandamus. The petition states that it is unopposed by real party in interest, Wells Fargo Bank, N.A. The Court requests that real party in interest and respondent file their responses to this petition, if any, on or before July 14, 2015. The Court **DIRECTS** the clerk to provide copies of this order to all parties and the trial judge, the Honorable Emily G. Tobolowsky, presiding judge of the 298th Judicial District Court of Dallas County, Texas.

/s/     DAVID EVANS
        JUSTICE